**2011–0464.   Disciplinary Counsel v. Summers.**
This matter is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. On April 28, 2011, respondent, William Lawrence Summers, filed a motion

to remand and a motion to supplement the record.

Upon consideration thereof, it is ordered by this court that the motions are denied.